IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 06-1864-1-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| Diane Antone,<br>aka Diana Antone<br>Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation and the objections filed thereto,

**IT IS ORDERED ADOPTING** Magistrate Judge Pyle's Report and Recommendation and **DENYING** Defendant's Motion to Suppress Evidence (#16).

DATED this 15th day of June, 2007.

_____
Raner C. Collins
United States District Judge